UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephan Jean Francois Gouaze,<br><br>                      Plaintiff,<br><br>            v.<br><br>Scott et al.,<br><br>                      Defendants. | 25-CV-1789 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      Due to a conflict in the Court's calendar, the conference scheduled for **May 2, 2025, at 1:00 p.m. ET is RESCHEDULED to May 2, 2025 at 3:00 p.m. ET.** The conference will be held over Microsoft Teams. The parties shall join by calling (646) 453-4442 and entering the Conference ID: 169 348 390, followed by the pound (#) sign.

SO ORDERED.

Dated: April 29, 2025
       New York, New York

                                                    DALE E. HO
                                                  United States District Judge